IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EDWARD LEE BROWN**                                                                 PLAINTIFF

v.                              No. 3:19-cv-320-DPM

**JERRY HENRY, et al.**                                                              DEFENDANTS

## JUDGMENT

1. Brown's claims against Judge Ralph Wilson, Judge David Burnett, Judge Brent Davis, the Osceola Times Newspaper, Sandra Knox, Steve Knox, Catherine Dean, Jennifer Ephlin, Laurie Folkner Pichavant, Marshall Robins, Michael Dabney, Betty Thompson, Ollie Collins, Anthony Gargus, Deborah Gargus, Prosecutor Caloway, the Mississippi County Circuit Court, the Mississippi County Sheriff's Department, and Does are dismissed without prejudice.

2. Brown's claims against Jerry Henry are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 May 2020